

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DJ:AJE
F. #2020R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 20, 2023

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Vladimir Geykhman
              Criminal Docket No. 20-371 (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter in connection with the defendant's motion to amend or correct a special condition of supervised release (ECF No. 57). The government does not object to a modification allowing the defendant to open and maintain a personal checking account while on home confinement as long as the Probation Department is provided with the account information.

                                Respectfully submitted,

                                GLENN S. LEON
                                Chief
                                Criminal Division, Fraud Section
                                United States Department of Justice

                  By:    /s/ Andrew J. Estes
                                Andrew J. Estes
                                Trial Attorney
                                United States Department of Justice
                                Criminal Division, Fraud Section
                                (718) 254-6250

cc:    Donna Newman, Esq. (counsel to defendant) (by email and ECF)